Michael T. Hopkins (WI SBN: 1014792)
mth@ip-lit.us
IP-Litigation.US, LLC
757 N. Broadway, Suite 201
Milwaukee, WI 53202
Tel/Fax: 888-227-1655
appearing *pro hac vice*
     and
Sharon J. Adams (State Bar No. 154929)
sjadams@adamslaw.biz
Adams Law Office
2140 Shattuck Avenue, Suite 207
Berkley, CA 94704
Tel/Fax: 510-649-1331

Attorneys for Plaintiff, Ginseng Board of Wisconsin, Inc.

Rochelle D. Alpert (SBN 65037)
Sharon R. Smith (SBN 221428)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105
Telephone:    415.442.1000
Facsimile:    415.442.1001
Email: ralpert@morganlewis.com
       srsmith@morganlewis.com

Attorneys for Defendants
HERBA ENTERPRISE, INC.,
and DAVID CHEUNG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINSENG BOARD OF WISCONSIN, INC.,<br><br>                    Plaintiff,<br><br>          vs.<br><br>HERBA ENTERPRISE, INC., and<br>DAVID CHEUNG,<br><br>                    Defendants. | Case No. 3:15-cv-3795-EMC<br><br>***CONSENT DECREE, PERMANENT INJUNCTION, AND ORDER FOR JUDGMENT*** |

WHEREAS the parties have agreed to settlement pursuant to the terms of a *Settlement Agreement* entered into between them, without adjudication of any issue of fact or law, and pursuant to the terms thereof, desire the Court to enter the following Consent Decree and permanent injunction;

NOW THEREFORE, on the joint motion of Plaintiff and Defendants, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

**Jurisdiction**

1. This Court has jurisdiction of the subject matter and of the parties.

**Injunctive Relief**

2. Herba Enterprise, Inc. and David Cheung, their officers, agents, servants, employees, attorneys are hereby permanently enjoined from:

    (a) Using Ginseng Board of Wisconsin, Inc.'s certification mark, U.S. Registration No. 1755967, in any way or manner in connection with any product, including but not limited to use in conjunction with the sale, offering of sale, advertisement or marketing of ginseng or products containing ginseng; and

    (b) Doing any other act or thing likely to induce the belief that ginseng or products containing ginseng which are sold or marketed by Herba Enterprise, Inc. or David Cheung are in any way connected with, sponsored, affiliated, licensed, endorsed or certified by Ginseng Board of Wisconsin, Inc.

**Costs of Action**

3. Each party shall bear their own attorneys fees, costs and disbursements each has incurred in prosecuting or defending this action.

**Continuing Jurisdiction**

4. This Court shall retain jurisdiction of this matter for the purposes of enabling any of the parties to this Consent Decree to apply to the Court at any time for such further orders or directives as may be necessary or appropriate for the interpretation or modification of this Consent Decree, or for enforcement of compliance therewith.

1 **BASED UPON THE FOREGOING,** it is hereby **ORDERED** that judgment be entered
2 pursuant to all of the terms and conditions recited above. The Clerk of the Court is directed to close this case.
3 Dated this ⁷ᵗʰ day of June, 2016.

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

The parties, by their counsel, hereby consent to the terms and conditions of the *Consent Decree* as set forth above, and consent to the entry thereof.

Dated this 3rd day of June, 2016.

    /s/ Michael T. Hopkins    .
Michael T. Hopkins, LEAD COUNSEL
WBN: 1014792
mth@ip-lit.us

IP-Litigation.US, LLC
757 N. Broadway, Suite 201
Milwaukee, WI 53202

Tel/Fax: 888-227-1655

and


   /s/ Sharon J. Adams   .
Sharon J. Adams
(State Bar No. 154929)
sjadams@adamslaw.biz

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Adams Law Office
2140 Shattuck Ave., Suite 207
Berkley, CA  94704

Tel/Fax: 510-649-1331

attorneys for Plaintiff,
Ginseng Board of Wisconsin


MORGAN, LEWIS & BOCKIUS LLP
ROCHELLE D. ALPERT
SHARON R. SMITH


By:  /s/ Sharon R. Smith
Sharon R. Smith
Attorneys for Defendants